```
1  McGREGOR W. SCOTT
   United States Attorney
2  KENNETH J. MELIKIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, Ca.  95814
4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>          Plaintiff,          )<br>                              )<br>                              )<br>DAMION VICTOR THOMPSON,       )<br>                              )<br>          Defendants.         )<br>_____) | CR. NO. S-03-558 EJG<br><br>STIPULATION; ORDER<br><br>C/EJG |

Defendant Damion Victor Thompson, through Jan David Kaworsky, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status conference scheduled for June 3, 2005.  The parties further stipulate that a status conference be placed on the court's June 10, 2005, calendar.

The parties have reached a disposition in this case. The agreement, however, has not yet been reduced to writing.  The parties are therefore requesting one additional week so that a formal Plea Agreement can be executed.

For these reasons, the parties request that the status conference in this case be continued to June 10, 2005.  The parties further agree that time should be excluded through

1

1  June 10, 2005, from computation under the Speedy Trial Act
2  pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order
3  to allow defense counsel to prepare his case.
4  DATED: June 2, 2005                Respectfully submitted,
5                                     McGREGOR W. SCOTT
                                      United States Attorney
6
                                      /s/ Kenneth J. Melikian
7
                                      By
8                                       KENNETH J. MELIKIAN
                                      Assistant U.S. Attorney
9

10
   DATED: June 2, 2005                /s/ Kenneth J. Melikian
11                                    JAN DAVID KAWORSKY
                                      Attorney for Defendant
12                                    (Signed by Kenneth J. Melikian
                                       per telephonic authorization by
13                                     Jan David Kaworsky)

14

15

16      IT IS SO ORDERED.

17

18 DATED: June 3, 2005                /s/ Edward J. Garcia_____

19                                    HONORABLE EDWARD J. GARCIA
                                      U.S. District Court Judge

2